

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00126-CV

| | | |
|---|---|---|
| JAN MOGGED, JAMES RICHARD FLETCHER, AND MICHAEL ALAN TAYLOR, Appellants and Appellees | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-278342-15) |
| | § | December 3, 2020 |
| V. | § | Memorandum Opinion by Justice Kerr |
| BOBBY WAYNE LINDAMOOD JR. AND JR'S DEMOLITION & EXCAVATION, INC., Appellees and Appellants | § | Concurring and Dissenting Memorandum |
| | § | Opinion by Chief Justice Quinn |

## JUDGMENT ON EN BANC RECONSIDERATION

We withdraw our December 31, 2018 memorandum opinion and judgment and substitute the following. This court has again considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is affirmed in part and reversed and remanded in part. We reverse that part of the trial court's judgment awarding trial and appellate

attorney's fees to Jan Mogged, James Richard Fletcher, and Michael Alan Taylor, and remand the case to the trial court for a redetermination of these fees. We affirm the remainder of the trial court's judgment.

It is further ordered that Jan Mogged, James Richard Fletcher, and Michael Alan Taylor, jointly and severally, pay one-half of the costs of this appeal and that Bobby Wayne Lindamood Jr. and JR's Demolition & Excavation, Inc., jointly and severally, pay one-half of the costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr